UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BLAKE WINGATE,

                        Plaintiff,

    -against-

                                           07 **CIVIL** 8679 (RMB)(RLE)

NEW YORK CITY DEPARTMENT OF
CORRECTION, ET AL.

                        Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2007

       The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _____ | Specific Non-Dispositive Motion/Dispute:* _____ | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| | | _____ | Social Security |
| _____ | Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| _____ | Inquest After Default/Damages Hearing | _____ | Particular Motion: _____ |
| | | | All Such Motions: _____ |

\*  Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       October 25, 2007

                                                   **RICHARD M. BERMAN**
                                                          U.S.D.J.